IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STANLEY G. HILTON,

Plaintiff,

v.

WASHINGTON MUTUAL BANK; et al.,

Defendant.

CASE NO. 3:09-cv-01191-EMC

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

David A. Super, whose business address and telephone number is

Baker Botts LLP, 1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400
(202) 639-7768

and who is an active member in good standing of the bar of the District of Columbia having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing FDIC, as Receiver for Washington Mutual.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: April 7, 2009



The Honorable Edward M. Chen
United States Magistrate Judge

IT IS SO ORDERED
Judge Edward M. Chen