RECEIVED

APR -7 PM 12: 35

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY G. HILTON,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL BANK; et al.,<br><br>Defendant.<br>_____/ | CASE NO. 3:09-cv-01191-EMC<br><br>(~~Proposed~~)<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Stephen M. Ng , whose business address and telephone number is

Baker Botts LLP, 1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400
(202) 639-7704

and who is an active member in good standing of the bar of the District of Columbia

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing FDIC, as Receiver for Washington Mutual.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: April 7, 2009



The Honorable Edward M. Chen
United States Magistrate Judge

IT IS SO ORDERED
Judge Edward M. Chen