Stephen M. Ng
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400
(202) 639-7704

Clerk's Use Only
Initial for fee pd.:

FILED
APR -7 PM 12:41
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STANLEY G. HILTON,

Plaintiff(s),

v.

WASHINGTON MUTUAL BANK; et al.,

Defendant(s).

CASE NO. 3:09-cv-01191-EMC

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Stephen M. Ng, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Federal Deposit Insurance Corp. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Jean L. Bertrand and C. Craig Bridwell (Schiff Hardin LLP) (415) 901-8700
One Market Street, Spear Street Tower, 32nd Floor, San Francisco, CA 94105

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/3/09

Stephen M. Ng

IT IS SO ORDERED
Judge Susan Illston