Stanley G. Hilton, SBN 65990
LAW OFFICE OF STANLEY G. HILTON
2570 North First Street, Ste. 200
San Jose, CA 95131
Tel:  (415) 786-4821
Fax: (650) 558-0806

Attorney for Plaintiff, Stanley G. Hilton

IN THE UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY G. HILTON,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, LONG BEACH MORTGAGE CO., A CALIFORNIA CORPORATION; FIRST AMERICAN TITLE COMPANY, A CALIFORNIA CORPORATION, APPRAISERS A AND B; AND DOES 1 THROUGH 500, INCLUSIVE,<br><br>Defendants. | Case No.: 09-CV-01191 EMC<br><br>**AMENDMENT TO COMPLAINT SUBSTITUTING TRUE NAMES OF DEFENDANTS FOR FICTITIOUS NAMES**<br><br>**[C.C.P. §474]** |

Plaintiff, Stanley G. Hilton, was ignorant of the following defendants' names, stated that fact in the Complaint, and designated the defendants by fictitious names. Defendants' true names have now been discovered. The true names of such defendants are:

| True Name | Fictitious Name |
|---|---|
| JPMorgan Chase & Company | Doe 1 |
| FDIC Federal Deposit Insurance Corporation | Doe 2 |

1 | Plaintiff hereby amends the Complaint by inserting such true names in place and instead
2 | of such fictitious names wherever they appear in said Complaint.

4 | Dated: June 15, 2009          _____/S/_____

---

Amendment to Complaint Substituting True Names of Defendants for Fictitious Names
Stanley G. Hilton v. Washington Mutual, et al.                                                                2