1  STANLEY G. HILTON, Cal. Bar # 065990
   LAW OFFICES OF STANLEY G. HILTON.
2  2570 NORTH FIRST ST, SUITE 200
   SAN JOSE, CA 95131
3  Tel:  (415) 786-4821
   Fax: (650) 558 0806
4  E MAIL: frog727@aol.com

5  Plaintiff and Attorney for Plaintiff
   STANLEY G HILTON
6

7                    US DISTRICT COURT,

8                NORTHERN DISTRICT OF CALIFORNIA

9

10 STANLEY G HILTON,              NO. C-09-1191-SI

11        Plaintiff,              EX PARTE MOTION TO CONTINUE CASE
                                  MANAGEMENT CONFERENCE (CMC) AND
12                                DUE DATE FOR JOINT CMC STATEMENT ;
                                  DECLARATION OF STANLEY G HILTON
13        vs.

14 WASHINGTON MUTUAL BANK,
   FDIC, ET AL.
15
          Defendants.
16
   TO THE COURT AND ALL PARTIES AND COUNSEL: PLAINTIFF
17
    AND PLAINTIFFS' COUNSEL STANLEY G HILTON HEREBY MOVES EX PARTE FOR AN
18
   ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE (CMC) FROM JULY 17
19
   2009 TO AUGUST 7 2009 OR A DATE THEREAFTER   AND CONTINUING THE DUE DATE
20
   FOR FILING OF THE JOINT CMC STATEMENT FROM JULY 10 2009M TO JULY 24 2009 OR
21
   A D DATE THEREAFTER.
22
          THE REASON FOR THIS MOTION IS THAT PLAINTIFF HILTON WILL BE
23
   UNAVAILABLE TO WORK ON THE CMC STATEMENT OR FOR ANY OTHER  MATTER
24
   ON THIS CASE FROM JULY 1, 2009 THROUGH JULY 11, 2009 BECAUSE HE WILL BE OUT
25
   OF THE COUNTRY DURING THAT TIME.  MR HILTON SPOKE WITH STEPHEN NG,
26
   COUNSEL FOR DEFENDANT FDIC, WHO SAID HE DID NOT OBJECT TO THIS EX PARTE
27
   MOTION TO CONTINUE THE CMC AND DUE DATE FIR CMC STATEMENT.  SEE
28

1  DECLARATION OF STANLEY G HILTON INFRA.

2  DATE   JUNE 30 2009

3  _____/S/_____

4  STANLEY G HILTON

5  PLAINTIFF AND PLAINTIFFS' COUNSEL

6

7  **DECLARATION OF STANLEY G HILTON, ESQ.**

8  I do state and declare as follows:

9  1.  I am the plaintiff and counsel for plaintiff in this case.

10 2. I will be out of the United States from on or about July 1 2009 to on or about July 11 2009 on a foreign trip which I must attend.  I have bought my plane and hotel tickets and need to attend meetings abroad during that time and cannot change this scheduled trip. Because of this trip it will be extremely difficult to participate in drafting the joint pretrial conference statement with the counsel for the  defendants in this case.  I therefore ask the court to continue the case management conference (CMC) from July 17 2009  to a date on or after August 7 2009 and I sk the court to extend the time for filing of the joint CMC STATEMENT   from July 10 2009 to July 24 2009 or another later date.

18 3. On June 30 2009 I spoke on the phone to Stephen Ng of Baker and Botts, counsel for defendant FDIC. He  said that his client defendant FDIC does not oppose this ex parte motion to continue the CMC and due date for joint CMC Statement filing.

21 I declare under penalty of perjury that the above is true and correct. Executed in San Jose CA on June 30 2009.

23 _____/S/_____

24 STANLEY G HILTON