IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY G. HILTON, | No. C 09-1191 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| WASHINGTON MUTUAL BANK, *et al.*, | |
| Defendants. | |

The Court has dismissed plaintiff's claims without leave to amend. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 1, 2010

SUSAN ILLSTON
United States District Judge